IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00365-CV

 

Texas Genco, L.P.,

                                                                      Appellant

 v.

 

Valence Operating Company,

                                                                      Appellee

 

 

 



From the 77th District Court

Freestone County, Texas

Trial Court No. 04-047-A

 



O R D E R



 

Valence Operating Company filed a motion
to dismiss its cross-appeal, pursuant to Texas Rule of Appellate Procedure
42.1(a), (b), because its cross-appeal is unnecessary.  Texas Genco, L.P. is
not opposed to the motion, and thus, we do not find any prejudice to Texas
Genco.

Accordingly, Valence’s motion is
granted, and its cross appeal is dismissed.  Tex.
R. App. P. 42.1(a), (b).




                                                               PER CURIAM

 

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Cross-appeal dismissed

Order issued and filed
August 10, 2005